UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE,<br><br>                    Plaintiff,<br>v.<br><br>ORLI LA JOLLA RE LLC,<br><br>                    Defendant. | Case No.: 24-cv-2237-RSH-BLM<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |
|---|---|

On January 26, 2025, Plaintiff filed a Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 5. A plaintiff has an "absolute right" to "voluntarily [] dismiss an action when the defendant has not yet served an answer or a summary judgment motion." *Am. Soccer Co. v. Score First Enters.*, 187 F.3d 1108, 1110 (9th Cir. 1999). A voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is self-executing and requires no further action by the court. *United States v. 475 Martin Lane*, 545 F.3d 1134, 1145–46 (9th Cir. 2008).

//
//
//

1    In light of Plaintiff's notice, it is **HEREBY ORDERED** that this action be
2 **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **DIRECTED** to close the
3 case.
4    **IT IS SO ORDERED**.
5 Dated:  January 27, 2025

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge